# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL KORS, L.L.C., | ) |
| Plaintiff, | ) Case No. 15-cv-124 |
| v. | ) **Judge Jorge L. Alonso** |
| BUSHENG WANG, et al., | ) **Magistrate Judge Sheila M. Finnegan** |
| Defendants. | ) |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Michael Kors, L.L.C. ("Michael Kors") hereby dismisses this action with prejudice against the Online Marketplace Accounts Top Brand Bag Co., Ltd.[1], Be-Your-Jewelry[2], and SZ HUIBANG TRADING[3].

Dated this 6th day of April 2015.     Respectfully submitted,

/s/ Justin R. Gaudio_____
Paul G. Juettner
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
pjuettner@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Michael Kors, L.L.C.*

---

[1] See line 23 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A.
[2] See line 64 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A.
[3] See line 67 of the Defendant Online Marketplace Accounts section of Second Amended Schedule A.